U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08 C 584

In the Matter of      Case Number:
CITADEL INVESTMENT GROUP, L.L.C.,
v.
WILLIAM YANG, MARK MA
NATACHA ZHANG, individuals and Does 1-10

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CITADEL INVESTMENT GROUP, L.L.C.

| | |
|---|---|
| NAME (Type or print) | Ronald Y. Rothstein |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Ronald Y. Rothstein |
| FIRM | Winston & Strawn LLP |
| STREET ADDRESS | 35 West Wacker Drive |
| CITY/STATE/ZIP | Chicago, Illinois 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06225965 | TELEPHONE NUMBER 312-558-5600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

JUDGE BUCKLO
MAGISTRATE JUDGE COLE

FILED
JANUARY 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT