**FILED**

**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**08 C 584**

| | |
|---|---|
| Citadel Investment Group, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. _____ |
| William Yang, Mark Ma, | ) |
| Natacha Zhang, individuals and | ) |
| Does 1-10 | ) |
| | ) The Honorable _____ |
| Defendants. | ) |

**JUDGE BUCKLO**
**MAGISTRATE JUDGE COLE**

## VERIFIED COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF

### INDEX TO EXHIBITS

**EXHIBIT A**    Plaintiff Citadel Trademark Registration No. 2,812,459

**EXHIBIT B**    Pages from Defendants' website

**EXHIBIT C**    Pages from Plaintiff Citadel's website

**EXHIBIT D**    Network Solutions, Inc. WHOIS Database Search Results for www.citadel-group.net

**EXHIBIT A**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jan 25 04:08:38 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CITADEL |
| **Goods and Services** | IC 036. US 100 101 102. G & S: providing investment management services, investment consultation and advice, investment portfolio management services, investment brokerage services, mutual fund investment services, and investment of funds for others. FIRST USE: 19940801. FIRST USE IN COMMERCE: 19940831 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 07.01.01 - Castles; Forts; Palaces<br>26.09.02 - Plain single line squares; Squares, plain single line<br>26.09.14 - Squares, three or more; Three or more squares<br>26.11.02 - Plain single line rectangles; Rectangles (single line)<br>26.11.14 - Rectangles (three or more rectangles); Three or more rectangles |
| **Serial Number** | 76471900 |
| **Filing Date** | December 3, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 18, 2003 |
| **Registration Number** | 2812459 |
| **Registration Date** | February 10, 2004 |
| **Owner** | (REGISTRANT) Citadel Investment Group, L.L.C. LTD LIAB CO DELAWARE 225 West Washington Street 9th Floor Chicago ILLINOIS 60606 |

Trademark Electronic Search System (TESS)                                    Page 2 of 2

(LAST LISTED OWNER) KCG IP HOLDINGS LLC LTD LIAB CO UNITED STATES 131 SOUTH
DEARBORN STREET CHICAGO ILLINOIS 60603

**Assignment Recorded**     ASSIGNMENT RECORDED

**Attorney of Record**     ELISABETH A EVERT

**Type of Mark**     SERVICE MARK

**Register**     PRINCIPAL

**Live/Dead Indicator**     LIVE

---

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

---

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT B**



# CITADEL

中文版 ENGLISH

ABOUT CITADEL

CAREER OPPORTUNITIES

■ CURRENT INVESTORS      ■ CREDIT COUNTERPARTIES

Since its founding in 1990, Citadel has grown into one of the world's most sophisticated alternative investment institutions. Our team of professionals allocates investment capital across a highly diversified set of proprietary investment strategies in nearly every major asset class. Through a combination of world-class talent and the use of advanced technology to support them, we relentlessly seek to initiate and capitalize on change in the global financial markets with the goal of remaining at the forefront of the industry.

Chicago    New York    San Francisco    London    Tokyo    Hong Kong    Shang Hai



About Citadel - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address http://www.citadel-group.net/careers/aboutcitadel/executives_06.htm

CITADEL

Citadel Home | Feedback | Site Map | 中文版

- CAREER HOME
- ABOUT CITADEL
- CAREER OPPORTUNITIES
- TRAINING
- COLLEGE RECRUITING
- HOW TO APPLY

## Our Executives

**Mark Ma**
**the Vice President of Asia-Pacific region**

Since joining our firm in 2005, Mr. Ma has been involved in both the Advisory and Private Equity investment areas of the firm. Mr. Ma has advised many of the firm's important corporate clients on a variety of complex domestic and international merger & acquisition assignments. Among the transactions Mr. Ma has been involved in are the sale of NorthWestern Corporation to Babcock & Brown Infrastructure, Ltd.; the strategic and financial repositioning of Aquila, Inc., including Aquila's sale of several gas and power utilities to WPS Resources, Empire District, and Mid-Kansas Electric Co.; the sale of Cross Country Energy to a joint venture of Southern Union Company and GE; Northern States Power Company's merger with New Century Energies, Inc. to form Xcel Energy; the sale of LG&E Energy Corp. to PowerGen plc; the restructuring of Baron Philippe de Rothschild S.A.'s Opus One luxury wine joint venture with Constellation Brands; US Airways Group's acquisition of the US Air Shuttle; Sanofi's acquisition of Sterling Winthrop Pharmaceuticals; and several of PepsiCo's joint ventures in Latin and South America.

Before joining our firm, Mr. Ma was a member of the Mergers & Acquisitions and Merchant Banking Departments of Salomon Brothers Inc.

Done Internet

start 1:23 PM



CITADEL

- CAREER HOME
- **ABOUT CITADEL**
- CAREER OPPORTUNITIES
- TRAINING
- COLLEGE RECRUITING
- HOW TO APPLY

Citadel Home | Feedback | Site Map | 中文版

**NEW HIRE PROFILE** | A DAY IN THE LIFE

# New Hire Profile

Yevgeny
University of Illinois at Urbana - Champaign 2005
B.S. in Finance and Accounting
Operations

*Citadel is on the cutting edge of product and technological innovation and always strives for efficiency. This constant push creates new roles and requires intellectual growth. Joining Citadel has afforded me the opportunity to chart my own path and to be able to reap the benefits from the guidance of world-class colleagues, mentors, and peers.?*

I learned about Citadel through a friend who urged me to attend a presentation that was being held at a Finance Club meeting on campus. The global and dynamic firm has a reputation for employing highly intelligent and creative individuals. I was hired by Citadel in 2004 for a summer internship and worked there again during the winter break prior to graduation.

Before deciding to join Citadel, I interviewed with investment banks, manufacturing, and consulting firms. Citadel offered me the unique opportunity for entrepreneurial assignments and could provide an outlet to make meaningful contributions to its business model.

In my role as an Operations Associate in Global Clearing and Settlements, I manage processing of the firm██ financing agreements. My responsibilities also include investigating and rectifying any discrepancies between Citadel and our custodian██ data as well as serving as a back up for the firm██ securities lending operations processing and settlement activity. My current role has exceeded my expectations, and I am constantly provided the opportunity to contribute to the



## How to Apply

We welcome electronic applications via your university career services office. Please click here to see the list of campuses that Citadel visits for on-campus recruiting. They will have information regarding Citadel events and recruiting dates on your campus. If we do not recruit on campus at your university, please send the following information to Citadel醬 College Recruiting team.

- Resume/Curriculum Vitae (CV) indicating cumulative and major GPAs
- Standardized test scores (SAT/ACT or equivalent)

Please address your correspondence to:

College Recruiting
Citadel Investment Group, L.L.C.
131 South Dearborn Street
Chicago, IL 60603
USA

**Undergraduate, Masters and Ph.D. Candidates:**
NatachaZhang@citadel-group.net

**MBA Candidates:**
williamv@citadel-group.net

**Experienced Hire Candidates:**
info@citadel-group.net

*Citadel Investment Group, L.L.C. does not accept unsolicited resumes from search firms or employment*



CITADEL

Citadel Home  |  Feedback  |  Si

- CAREER HOME
- **ABOUT CITADEL**
- CAREER OPPORTUNITIES
- TRAINING
- COLLEGE RECRUITING
- HOW TO APPLY

## Our Locations

**Chicago Our Worldwide Headquarters**
444 North Michigan Avenue
12th Floor, #386 PMB
Chicago, IL 60611

**Contact us:**
ceo@citadel-group.net
cfo@citadel-group.net
hk@citadel-group.net
Tel: +1312 2835299
Fax: +1312 2835005

We also have offices in:

**New York   San Francisco   London   Tokyo   Hong Kong   Shanghai**

**CITADEL**

- 走進時代
- 時代優勢
- 時代業務
- 時代主要業務
- 聯繫方式



## 聯繫方式

**美國時代投資集團**

郵箱： **info@citadel-group.net**

電話：+86 21 51877939

傳真：+86 21 63906621

上海市淮海中路283号香港广场南座2004室

邮编200021

**EXHIBIT C**



CITADEL

Since its founding in 1990, Citadel has grown into one of the world's most sophisticated alternative investment institutions. Our team of professionals allocates investment capital across a highly diversified set of proprietary investment strategies in nearly every major asset class. Through a combination of world-class talent and the use of advanced technology to support them, we relentlessly seek to initiate and capitalize on change in the global financial markets with the goal of remaining at the forefront of the industry.

CAREERS          OUR PEOPLE          ABOUT CITADEL







# How to Apply

We welcome electronic applications via your university career services office. Please click here to see the list of campuses that Citadel visits for on-campus recruiting. They will have information regarding Citadel events and recruiting dates on your campus. If we do not recruit on campus at your university, please send the following information to Citadel's College Recruiting team:

- Resume/Curriculum Vitae (CV) indicating cumulative and major GPAs
- Standardized test scores (SAT/ACT or equivalent)

Please address your correspondence to:

College Recruiting
Citadel Investment Group, LLC
131 South Dearborn Street
Chicago, IL 60603
USA

**Undergraduate, Masters and Ph.D. Candidates:**
collegerecruiting@citadelgroup.com

CAREERS     OUR PEOPLE     ABOUT CITADEL



**EXHIBIT D**

Network**Solutions**.

## WHOIS Search Results

Available **citadel-group** extensions:

| .org | .us | .mobi | .info | .biz | .de | .tv | .eu | .bz |
|------|-----|-------|-------|------|-----|-----|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s) »

**Your WHOIS Search Results**



### citadel-group.net

Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

Backorder - Try to get this name when it becomes available.

SSL Certificates - Get peace of mind with a secure certificate.

Enhanced Business Listing - Promote your business to millions of viewers for only $1 a month!

The Data in Paycenter's WHOIS database is provided by Paycenter for information purposes, and to assist persons in obtaining information about or related to a domain name registration record.
Paycenter does not guarantee its accuracy.  By submitting a WHOIS query, you agree that you will use this Data only for lawful purposes and that, under no circumstances will you use this Data to:
(1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail (spam); or
(2) enable high volume, automated, electronic processes that

**SAVE over 70**

when you TRANSFER
your domains to
Network Solutions —
trusted domain name

**Choose Your Domain
Provider Wisely** and
Domains for $9.99/yr

Learn the do's and d
search engine optimi
Download our *Guide
Found Online* now.

**Learn the Se
of Search En
Optimizatio**

Attend our
SEO Ser

Learn


Search Engines
TOP SECRET

apply to Paycenter or its systems.
Paycenter reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Domain Name:citadel-group.net


Registrant:
Citadel investment group Inc.
        caoxibeilu 88hao shengaidasha 2406
        510000


Administrative Contact:
william yang
        Citadel investment group Inc.
        caoxibeilu 88hao shengaidasha 2406
        shanghai Shanghai 510000
        China
        tel: 86 021 64380043
        fax: 86 021 51062769
        Us_wp@msn.com

Technical Contact:
william yang
        Citadel investment group Inc.
        caoxibeilu 88hao shengaidasha 2406
        shanghai Shanghai 510000
        China
        tel: 86 021 64380043
        fax: 86 021 51062769
        Us_wp@msn.com

Billing Contact:
william yang
        Citadel investment group Inc.
        caoxibeilu 88hao shengaidasha 2406
        shanghai Shanghai 510000
        China
        tel: 86 021 64380043
        fax: 86 021 51062769
        Us_wp@msn.com

Registration Date: 2006-08-14
    Update Date: 2006-08-14
 Expiration Date: 2008-08-14

 Primary DNS:  ns.xinnetdns.com          210.51.170.66
 Secondary DNS:  ns.xinnet.cn            210.51.171.209

**SEARCH AGAIN**

**Enter a search term:**
Exceeded the maximum

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

e.g. networksolutions.co

**Search by:**
◉ **Domain Name**
○ **NIC Handle**
○ **IP Address**

| | |
|---|---|
| **Current Registrar:** | XIN NET TECHNOLOGY CORPORATION |
| **IP Address:** | 68.178.202.221 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-ARIZONA-SCOTTSDALE |
| **Record Type:** | Domain Name |
| **Server Type:** | IIS 6 |
| **Lock Status:** | ok |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Welcome to Citadel |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 30-Nov-2007 |




**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee





**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99** one time set-up fee





**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2008 Network Solutions. All rights reserved.