Case 1:08-cv-00584 Document 9 Filed 01/25/2008 Page 1 of 2

EDA

FILED
JANUARY 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Citadel Investment Group, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. _____ |
| William Yang, Mark Ma, | ) | |
| Natacha Zhang, individuals and | ) | |
| Does 1-10 | ) | |
| | ) | The Honorable _____ |
| | ) | |
| Defendants. | ) | |

08 C 584

JUDGE BUCKLO
MAGISTRATE JUDGE COLE

**PLAINTIFF CITADEL INVESTMENT GROUP L.L.C.'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff Citadel Investment Group, L.L.C. ("Citadel") pursuant to Rule 65 of the Federal Rules of Civil Procedure respectfully requests that this Court grant its Motion for a Temporary Restraining Order ("TRO") against Defendants William Yang, Mark Ma, Natacha Zhang, and individuals and Does 1-10 from continuing to operate its website currently registered under the domain name, www.citadel-group.net, or under any other name that in any way associates Defendants' action with that of Citadel or from further infringement on any of Citadel's trademarks.

1. As set forth in the accompanying memorandum of law, Defendants' website constitutes infringement upon Citadel's trademarks, unfair competition practices, and cybersquatting within the meaning of 15 U.S.C. §1125(d). Citadel is entitled to a temporary restraining order in this matter because Defendants' actions pose a great danger to the repute of Citadel's business and the financial security of visitors who confuse the websites of Citadel's with Defendants.

1

2. Accordingly, there is a substantial risk that Citadel and the public will suffer irreparable harm if Defendants' action is not enjoined.

3. Defendants' illegal operation, likely carried out via false names and contact information, makes attempting notice in this case impracticable and notice should therefore not be required.

4. Because it has no adequate remedy at law, because it is more than likely to succeed on the merits of its case, and because the balance of the equities strongly supports the issuance of a temporary restraining order in this case, Citadel requests an immediate hearing on this matter and the following relief:

    (a) Preliminary and permanent injunctive relief against Defendants and anyone acting in concert, therewith, as fully set forth in Citadel's Verified Complaint for Injunctive and Other Relief.

Respectfully submitted,

January 25, 2008

By: /s/ Ronald Y. Rothstein
rrothstein@winston.com

Winston & Strawn
Ronald Y. Rothstein
Bryna J. Dahlin
Andrea L. Niemeier
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600

Attorneys for Plaintiff