FILED
JANUARY 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Citadel Investment Group, L.L.C.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. _____ |
| **William Yang, Mark Ma,** | ) | |
| **Natacha Zhang, individuals and** | ) | |
| **Does 1-10** | ) | |
| | ) | The Honorable _____ |
| | ) | |
| Defendants. | ) | |

**08 C 584**

**JUDGE BUCKLO**
**MAGISTRATE JUDGE COLE**

NOTICE OF CLAIM INVOLVING
PATENTS PURSUANT TO LOCAL RULE 3.4

Pursuant to Local Rule 3.4 of the Northern District of Illinois, Plaintiffs, Citadel Investment Group, L.L.C. gives notice to the Court that it has filed a Verified Complaint for Injunctative and Other Relief for trademark infringement. The Plaintiff in this action is Citadel Investment Group, LLC, a Delaware corporation having its principal place of business at the address at 131 South Dearborn Street, Chicago, IL 60603. The Defendants in this action are William Yang, Mark Ma and Natacha Zhang, who are individuals. The worldwide headquarters of the infringing entity operating at citadel-group.net is listed as 444 North Michigan Avenue, 12th Floor, #386 PMB, Chicago, IL 60611. This action is brought for infringement of a trademark bearing the registration number 2, 812, 459. Plaintiffs provide this information pursuant to 15 U.S.C. § 1116 (c).

Respectfully submitted,

By: /s/ Ronald Y. Rothstein
rrothstein@winston.com

Winston & Strawn LLP
Ronald Y. Rothstein
Bryna J. Dahlin
Andrea L. Niemeier
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600
Attorneys for Plaintiff