AO 121 (6/90)

| TO: | |
|---|---|
| COMMISSIONER OF PATENTS AND TRADEMARKS<br>(USPTO)<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OF DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br><br>08 cv 584 | DATE FILED<br>01/25/08 | UNITED STATES DISTRICT COURT,<br>NORTHERN DISTRICT OF ILLINOIS,<br>EASTERN DIVISION |
|---|---|---|
| PLAINTIFFS<br>Citidal Investment Group, L.L.C. | | DEFENDANTS<br>Yang, et.al. |

| **TRADEMARK NUMBER** | **DATE OF TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
|---|---|---|
| 1. See attached | See attached | See attached |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following trademarks(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading |  |
|---|---|---|
| **TRADEMARK NUMBER** | **DATE OF TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| CLERK   MICHAEL W. DOBBINS | (BY) DEPUTY CLERK<br>Cynthia D. Young | DATE<br>01/28/08 |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

1

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Jan 25 04:08:38 EST 2008*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CITADEL |
| **Goods and Services** | IC 036. US 100 101 102. G & S: providing investment management services, investment consultation and advice, investment portfolio management services, investment brokerage services, mutual fund investment services, and investment of funds for others. FIRST USE: 19940831. FIRST USE IN COMMERCE: 19940831 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 07.01.01 - Castles; Forts; Palaces<br>26.09.02 - Plain single line squares; Squares, plain single line<br>26.09.14 - Squares, three or more; Three or more squares<br>26.11.02 - Plain single line rectangles; Rectangles (single line)<br>26.11.14 - Rectangles (three or more rectangles); Three or more rectangles |
| **Serial Number** | 76471900 |
| **Filing Date** | December 3, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 18, 2003 |
| **Registration Number** | **2812459** |
| **Registration Date** | February 10, 2004 |
| **Owner** | (REGISTRANT) Citadel Investment Group, L.L.C. LTD LIAB CO DELAWARE 225 West Washington Street 9th Floor Chicago ILLINOIS 60606 |

|  | (LAST LISTED OWNER) KCG IP HOLDINGS LLC LTD LIAB CO UNITED STATES 131 SOUTH DEARBORN STREET CHICAGO ILLINOIS 60603 |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ELISABETH A EVERT |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ TOP ] [ HELP ]

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY