**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Citadel Investment Group, L.L.C.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No.   08CV-584 |
| **William Yang, Mark Ma,** | ) | |
| **Natacha Zhang, individuals and** | ) | |
| **Does 1-10** | ) | |
| | ) | **The Honorable Elaine E. Bucklo** |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, January 29, 2008 at 9:15 a.m. the undersigned shall appear before the Honorable Judge Elaine Bucklo in the courtroom assigned to her in the Federal Courthouse at 219 South Dearborn street, Chicago, Illinois 60604, and then and there present "Plaintiff Citadel Investment Group, L.L.C.'s Motion for Temporary Restraining Order," a copy of which accompanies this Notice.

Respectfully submitted,

By:   /s/ Ronald Y. Rothstein
rrothstein@winston.com

Winston & Strawn LLP
Ronald Y. Rothstein
Bryna J. Dahlin
Andrea L. Niemeier
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600
Attorneys for Plaintiff