**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **Citadel Investment Group, L.L.C.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 08CV-584** |
| **William Yang, Mark Ma,** | ) | |
| **Natacha Zhang, individuals and** | ) | |
| **Does 1-10** | ) | |
| | ) | **The Honorable Elaine E. Bucklo** |
| | ) | |
| **Defendants.** | ) | |

**DECLARATION OF EFFORTS TO GIVE NOTICE**

Pursuant to Federal Rule of Civil Procedure 65(b), I hereby certify that the following efforts have been made to give notice to the above-referenced Defendants of Citadel Investment Group, L.L.C.'s Motion for a Temporary Restraining Order:

1.    Process at the following address, listed as Defendants' "worldwide headquarters," was attempted by process server: 444 North Michigan Avenue, 12th Floor, #386 PMB, Chicago, IL 60611.  No Defendants were at the address.

2.    I electronically sent all documents filed to the Defendants at the following email addresses as listed on the website at issue: 'ceo@citadel-group.net'; 'cfo@citadel-group.net'; 'hk@citadel-group.net'; 'NatachaZhang@citadel-group.net'; 'williamy@citadel-group.net'; 'info@citadel-group.ne'

January 28, 2008

By:    /s/ Ronald Y. Rothstein
rrothstein@winston.com

Winston & Strawn

Ronald Y. Rothstein
Bryna J. Dahlin
Andrea L. Niemeier
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600