IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Citadel Investment Group, L.L.C.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**William Yang, Mark Ma,** )<br>**Natacha Zhang, individuals and** )<br>**Does 1-10** )<br>)<br>**Defendants.** ) | Civil Action No. 1: 08-cv-584 |

**LOCAL RULE 3.2 DISCLOSURE OF PLAINTIFF
CITADEL INVESTMENT GROUP L.L.C.**

Citadel Investment Group, L.L.C. ("Citadel"), by its attorneys Winston & Strawn LLP, having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Citadel is a limited liability company that has no publicly-held affiliates.

Dated: January 29, 2008

Respectfully submitted,

By:   /s/ Ronald Y. Rothstein
rrothstein@winston.com

Winston & Strawn LLP
Ronald Y. Rothstein
Bryna J. Dahlin
Andrea L. Niemeier
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600
Attorneys for Plaintiff