**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Citadel Investment Group, L.L.C., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 08CV-584** |
| William Yang, Mark Ma, | ) | |
| Natacha Zhang, individuals and | ) | |
| Does 1-10 | ) | |
| | ) | **The Honorable Elaine E. Bucklo** |
| | ) | |
| **Defendants.** | ) | |

## TEMPORARY RESTRAINING ORDER

This matter having come before the Court on Plaintiff Citadel Investment Group L.L.C.'s

Motion for Temporary Restraining Order, and the Court having considered the merits of the

Motion, and for good cause shown and the reasons stated by the Court and on the record on

January 29, 2008, the Court finds as follows:

1. Defendants William Yang, Mark Ma, Natacha Zhang, and individuals and Does 1-10 ("Defendants"), have registered the domain name www.citadel-group.net and are using that domain name for a website associated with Plaintiff Citadel Investment Group L.L.C.

2. Defendants' website displays infringes Plaintiff Citadel Investment Group L.L.C.'s federally registered trademark bearing the registration number 2,812,459.

3. Plaintiff's Complaint alleges its protectable rights in the federally registered trademark for the image CITADEL and corresponding design (Registration Number 2,812,459) as well as the domain name citadelgroup.com. Plaintiff has shown the necessary likelihood of success on the merits to entitle Plaintiff to a Temporary Restraining Order ("TRO"). In addition, Plaintiff and the public will suffer irreparable harm for which there is no adequate remedy at law if a TRO is not entered.

4. The Court having considered the balance of the harms to the parties, finds the potential harm to Plaintiff if a TRO is not entered is greater than the potential harm to Defendants if the TRO is entered.
   It is therefore ORDERED that:

   1) Defendants and their business partners, affiliates, parents, subsidiaries, officers, directors, employees, servants, representatives, agents, and attorneys, and all other person or entities acting in concert or participation with or on behalf of Defendants

are hereby restrained from using any name or Internet domain name containing the name "Citadel", including but not limited to the name citadel-group.net.

2) Defendants shall not operate any website at a domain name containing the name "Citadel" and shall not use the existing website at citadel-group.net to redirect internet traffic to any non-infringing site.

3) Defendants shall be prohibited from selling or transferring to third parties, or changing the registrar for, any domain name containing the name "Citadel."

4) Defendants shall not use any name or operate any website that displays images associated with Plaintiff or names identical or similar to any trademark owned by Plaintiff, including but not limited to the trademark bearing the registration number 2,812,459.

5) The domain name www.citadel-group.net, and any content on that website, shall be immediately disabled and transferred to Plaintiff.

6) This Order shall stay in effect until February 12, 2008, at which point Plaintiff may apply to have the TRO extended an additional 10 days.

SO ORDERED, the 29th day of January, 2008 at 1:15 p.m.

_____
The Honorable Elaine E. Bucklo
United States District Court Judge