IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Citadel Investment Group, L.L.C.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 08CV-584 |
| **William Yang, Mark Ma,** ) | |
| **Natacha Zhang, individuals and** ) | |
| **Does 1-10** ) | |
| ) | The Honorable Elaine E. Bucklo |
| ) | |
| **Defendants.** ) | |

## MOTION FOR SERVICE BY SPECIAL ORDER

Plaintiff Citadel Investment Group, L.L.C. ("Citadel") pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and § 2-203.1 of the Illinois Code of Civil Procedure respectfully request that this Court grant its Motion for Service by Special Order.

1. Under Federal Rule of Civil Procedure 4(e)(1), service upon individual defendants may be effected "pursuant to the law of the state in which the district court is located". Fed. R. Civ. P. 4(e)(1). In Illinois, service on individuals is normally required to be effected in one of two methods: 1) by leaving a copy of the summons with the defendant personally, or 2) by leaving a copy at the defendant's usual place of abode. ILCS 5/2-203 (a).[1]

2. Where neither method is practical, a plaintiff may move, without notice, that the court enter an order directing a comparable method of service in any manner consistent with due process. ILCS 5/2-203.1.

---

[1] Notably, the two methods for service prescribed by Illinois law are also alternatives under Federal Rule of Civil Procedure 4(e).

3. Such a motion must be accompanied by an affidavit explaining the nature and extent of the movant's efforts to effectuate service under ILCS 5/2-203(a)(1) or (2) and why such service is impractical. ILCS 5/2-203.1.

4. As stated in the Declaration in support of this motion attached hereto, Plaintiff's counsel has made repeated attempts to serve process upon Defendants. These efforts have included attempting process at the address listed as Defendants' "World-wide Headquarters" on their website, electronically mailing all documents to the electronic addresses listed on Defendants' website, and attempting to contact Defendants via telephone at the telephone number listed on Defendants' website. Thus far, none of these efforts have been successful.

WHEREFORE, Plaintiff Citadel Investment Group L.L.C. moves pursuant to Federal Rule of Civil Procedure 4(e) and Illinois Code of Civil Procedure §2-203.1, for service by special order of the Court.

Respectfully submitted,

/s/ Ronald Y. Rothstein
Ronald Y. Rothstein
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600
(312) 558-5700 (fax)
rrothstein@winston.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that he caused a true and correct copy of the attached Plaintiff Citadel Investment Group L.L.C. Motion for Service by Special Order to be served via overnight U.S. mail and on this 6th day of February, 2008, on the following:

William Yang , Mark Ma, Natacha Zhang,
Individuals and Does 1-10
"Citadel Investment Group"
444 North Michigan Avenue,
12th Floor, #386, PMB,
Chicago, IL 60611

By:  /s/ Ronald Y. Rothstein
rrothstein@winston.com

Winston & Strawn LLP
Ronald Y. Rothstein
Bryna J. Dahlin
Andrea L. Niemeier
35 W. Wacker Dr.
Chicago, IL 60601
(312)558-5600
Attorneys for Plaintiff