IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Citadel Investment Group, L.L.C.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 08CV-584 |
| **William Yang, Mark Ma,** ) | |
| **Natacha Zhang, individuals and** ) | |
| **Does 1-10** ) | |
| ) | The Honorable Elaine E. Bucklo |
| ) | |
| **Defendants.** ) | |

### DECLARATION OF ANDREA L. NIEMEIER IN SUPPORT OF MOTION FOR SERVICE BY SPECIAL ORDER

I,   Andrea L. Niemeier, declare as follows:

1. I am an attorney at the firm of Winston & Strawn LLP, and make this declaration as to the steps that Plaintiff Citadel Investment Group, L.L.C. ("Citadel") has taken to serve Defendants.

2. On January 28, 2008, counsel attempted personal service at the address listed as the "Worldwide Headquarters" of Defendants' operation, 444 North Michigan Avenue, 12th Floor, #386, PMB, Chicago, IL 60611.  The summons, complaint, motion, and notice of motion were left with the receptionist at that address who indicated that she would put the documents in the mailbox for "Citadel." (See Exhibit A, Affidavit of Special Process Server; see also, Exhibit B, Defendants' Website Printout Listing Its Worldwide Headquarters Address).

3. On January 28, 2008, counsel sent the complaint, motion for a temporary restraining order, memorandum in support of motion, summons, and notice of motion to the following electronic mail addresses as listed on Defendants'

website: ceo@citadel-group.net; cfo@citadel-group.net; hk@citadel-group.net; NatachaZhang@citadel-group.net; williamy@citadel-group.net; info@citadel-group.ne. (See Exhibit B, Defendants' Website Printout Listing Its Contact Information; Exhibit C, Attempted Service via Electronic Mail). In response, Plaintiff's counsel received a cryptic automatic reply to the electronic mailing. (See Exhibit D, Email from williamy@citadel-group.net to A. Niemeier dated January 28, 2008).

4. On January 31, 2008, counsel attempted to contact Defendants directly at the telephone number listed on their website as their operation's worldwide headquarters. (See Exhibit B, Defendants' Website Printout Listing Its Worldwide Headquarters Telephone Number). The receptionist that answered the phone indicated that she would inform Defendants of counsel's attempts to reach them.

Thus far, Plaintiff Citadel has received no response from any Defendant indicating that such service has been successful. For the reasons stated above, Plaintiff respectfully requests that this Court grant its motion for service effectuated by special court order.

Respectfully submitted,

/s/ Andrea L. Niemeier
Andrea L. Niemeier
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600
(312) 558-5700 (fax)
aniemeier@winston.com