IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Citadel Investment Group, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08CV-584 |
| William Yang, Mark Ma, | ) | |
| Natacha Zhang, individuals and | ) | |
| Does 1-10 | ) | |
| | ) | The Honorable Elaine E. Bucklo |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF ANDREA L. NIEMEIER IN SUPPORT OF MOTION FOR SERVICE BY SPECIAL ORDER**

**INDEX TO EXHIBITS**

| | |
|---|---|
| **EXHIBIT A** | Affidavit of Special Process Server |
| **EXHIBIT B** | Defendants' Website Printout Listing the Address of the Operation's Worldwide Headquarters and Telephone Number |
| **EXHIBIT C** | Attempted Service via Electronic Mail |
| **EXHBIT D** | Email from williamy@citadel-group.net to A. Niemeier dated January 28, 2008 |

**EXHIBIT A**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **08CV-584**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Heidi Koling**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( ) Summons & Complaint
( ) Citation to Discover Assets
( ) Rule to Show Cause
( ) Subpoena
( X ) Other: **Summons; Notice of Motion**

1. ( ) By leaving a copy with the named party, ------- personally on -------.

2. ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **Natacha Zhang, William Yang, Mark Ma** by leaving a copy with **Name Not Given, Receptionist and Authorized Person**, on **January 28, 2008**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**        RACE: **Caucasian**        APPROXIMATE AGE: **25-30**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **444 N. Michigan Ave., 12th Floor, #386, Chicago, IL**
TIME OF DAY: **4:33 PM**

6. ( ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **29**th day of **January 2008**.

Heidi Koling
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Citadel Investment Group, L.L.C

CASE NUMBER:

V.

ASSIGNED JUDGE:

Natacha Zhang

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Natacha Zhang, 444 N. Michigan Avenue, 12th Floor, #386 PMB, Chicago, Illinois 60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald Y. Rothstein
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____     _____
(By) DEPUTY CLERK                                      DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Citadel Investments, L.L.C.

CASE NUMBER:

V.

ASSIGNED JUDGE:

William Yang

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

William Yang, 444 N. Michigan Avenue, 12th Floor, #386 PMB, Chicago, Illinois 60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald Y. Rothstein
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                        DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Citadel Investments, L.L.C.

V.

Mark Ma

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Mark Ma, 444 N. Michigan Avenue, 12th Floor, #386 PMB, Chicago, Illinois 60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald Y. Rothstein
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____          _____
(By) DEPUTY CLERK                                                                                         DATE

**EXHIBIT B**

# CITADEL

- CAREER HOME
- **ABOUT CITADEL**
- CAREER OPPORTUNITIES
- TRAINING
- COLLEGE RECRUITING
- HOW TO APPLY

Citadel Home | Feedback | Si



## Our Locations

**Chicago Our Worldwide Headquarters**
444 North Michigan Avenue
12th Floor, #386 PMB
Chicago, IL 60611

**Contact us:**
ceo@citadel-group.net
cfo@citadel-group.net
hk@citadel-group.net
Tel: +1312 2835299
Fax: +1312 2835005

We also have offices in:

**New York   San Francisco   London   Tokyo   Hong Kong   Shanghai**

**EXHIBIT C**

## Niemeier, Andrea

| | |
|---|---|
| **From:** | Niemeier, Andrea |
| **Sent:** | Monday, January 28, 2008 3:55 PM |
| **To:** | 'ceo@citadel-group.net'; 'cfo@citadel-group.net'; 'hk@citadel-group.net'; 'NatachaZhang@citadel-group.net'; 'williamy@citadel-group.net'; 'info@citadel-group.ne' |
| **Cc:** | Rothstein, Ronald; Dahlin, Bryna |
| **Subject:** | Service |
| **Attachments:** | zhang summons.pdf; Yangsummons.pdf; markmasummons.pdf; complaint.pdf; Exhibits to Complaint A-D.pdf; motion for tro.pdf; memo support tro.pdf; Localrule3.4.pdf; notice of motion.pdf |

Please be advised that the attached documents were filed in the District Court for the Northern District of Illinois on January 25, 2008. This email is to notify you that a hearing on Citadel Investment Group's Motion for Temporary Restraining Order is scheduled for 9:15 a.m. tomorrow, January 29, 2008, before Judge Elaine E. Bucklo at the Dirksen Federal Building, 219 S. Dearborn, Chicago IL 60604.

Andrea L. Niemeier
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600

**EXHIBIT D**

## Niemeier, Andrea

| | |
|---|---|
| From: | Thank You For Your Inquiry [williamy@citadel-group.net] |
| Sent: | Monday, January 28, 2008 3:56 PM |
| To: | Niemeier, Andrea |
| Subject: | [Auto-Reply]  Service |

Thank you very much for your message.
I am in the process of replying to your specific inquiry.
Please be patient and wait for my reply.
Thank you again for contacting the Citadel Investment Group.