IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Citadel Investment Group, L.L.C.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 08CV-584 |
| **William Yang, Mark Ma,** ) | |
| **Natacha Zhang, individuals and** ) | |
| **Does 1-10** ) | |
| ) | The Honorable Elaine E. Bucklo |
| ) | |
| **Defendants.** ) | |

### NOTICE OF MOTION

      PLEASE TAKE NOTICE that on Monday, February 11, 2008 at 9:30 a.m. the undersigned shall appear before the Honorable Judge Elaine Bucklo in the courtroom assigned to her in Federal Courthouse 219 South Dearborn Street, Chicago, Illinois 60604, and then there present "Plaintiff Citadel Investment Group, L.L.C.'s Motion for Service By Special Order," a copy of which accompanies this Notice.

Respectfully submitted,

By:  /s/ Ronald Y. Rothstein
rrothstein@winston.com

Winston & Strawn LLP
Ronald Y. Rothstein
Bryna J. Dahlin
Andrea L. Niemeier
35 W. Wacker Dr.
Chicago, IL 60601
(312)558-5600
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that he caused a true and correct copy of the attached Plaintiff Citadel Investment Group L.L.C. Notice of Motion for Service by Special Order to be served via overnight U.S. mail and on this 6th day of February, 2008, on the following:

William Yang , Mark Ma, Natacha Zhang,
Individuals and Does 1-10
"Citadel Investment Group"
444 North Michigan Avenue,
12th Floor, #386, PMB,
Chicago, IL 60611

By:   /s/ Ronald Y. Rothstein
rrothstein@winston.com

Winston & Strawn LLP
Ronald Y. Rothstein
Bryna J. Dahlin
Andrea L. Niemeier
35 W. Wacker Dr.
Chicago, IL 60601
(312)558-5600
Attorneys for Plaintiff