# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Citadel Investment Group, L.L.C.
                                    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00584
　　　　　　　　　　　　　　　　　　　　　　　Honorable Elaine E. Bucklo

William Yang, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 8, 2008:

     MINUTE entry before Judge Elaine E. Bucklo :Plaintiff's motion [18] for service by special order is granted.Status hearing reset for 3/28/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.