IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Citadel Investment Group, L.L.C.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**William Yang, Mark Ma,** )<br>**Natacha Zhang, individuals and** )<br>**Does 1-10** )<br>)<br>)<br>**Defendants.** ) | Civil Action No. 08 CV-584<br><br>The Honorable Elaine E. Bucklo |

**PLAINTIFF'S MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Citadel Investment Group, L.L.C. ("Citadel") respectfully requests that the Court extend the Temporary Restraining Order in the case, currently set to expire on February 12, 2008, up and through February 26, 2008. In support thereof, Citadel states as follows:

**FACTUAL BACKGROUND**

1. On January 25, 2008, Citadel filed a Verified Complaint against Defendants and a Motion for Temporary Restraining Order to remedy Defendants' illegal and unauthorized use of Citadel's identity, infringement of Citadel's trademarks, and cybersquatting of the Citadel trademarks through Defendants' registration and use of the domain name "citadel-group.net" and Defendants' use of the Citadel name and images on its web site. The fraudulent web site requests name and password information from Citadel's customers, exposing them and Citadel to a grave risk of theft of confidential information.

2. On January 28, 2008, counsel for Citadel attempted to serve Defendants with process by delivering the complaint and summons to the address listed as the "Worldwide

1

Headquarters" for Defendants' infringing operation. (*See* Exs. A and B to Citadel's Motion for Service By Special Order, filed 02/06/08.)

3. Also on January 28, 2008, counsel for Citadel sent the complaint, motion for a temporary restraining order, memorandum in support of motion, summons, and notice of motion to the following electronic mail addresses as listed on Defendants' website: ceo@citadel-group.net; cfo@citadel-group.net; hk@citadel-group.net; NatachaZhang@citadel-group.net; williamy@citadel-group.net; info@citadel-group.ne. (*See* Ex. C to Citadel's Motion for Service By Special Order.) In response, Citadel's counsel received a cryptic automatic reply. (*See* Ex. D to Citadel's Motion for Service By Special Order.)

4. On January 29, 2008, the Court entered a Temporary Restraining Order in this matter.

5. On January 31, 2008, counsel for Citadel attempted to contact Defendants directly at the telephone number listed on their website as their operation's worldwide headquarters. The receptionist that answered the telephone indicated that she would inform Defendants of counsel's attempts to reach them.

6. On February 6, 2008, due to the difficulties Citadel encountered in effecting service on Defendants, Citadel filed a motion for Service by Special Order from the Court.

**ARGUMENT**

7. The aforementioned Temporary Restraining Order entered on January 29, 2008 is set to expire on February 12, 2008.

8. Under Federal Rule of Civil Procedure 65, courts can extend an *ex parte* temporary restraining order if the moving party can establish good cause. Merrill Lynch, Pierce,

2

Fenner & Smith, Inc. v. Patinkin, No. 91 C 2324, 1991 U.S. Dist. LEXIS 6210, *10 (N.D. Ill. 1991)(finding good cause to extend a temporary restraining order where the defendant's actions still threatened to cause plaintiff to lose clients and suffer irreparable harm.)  See also  Merrill Lynch v. Cunningham, 736 F. Supp. 887 (N.D. Ill. 1990)(same).

   9. Defendants' continued and persistent operation of their fraudulent website threatens to irreparably harm (1) Citadel's ability to conduct reputable business on the internet; (2) Citadel's ability to effectively control its trademark; (3) Citadel's reputation by falsely associating Citadel with Defendants' illegal activity; and (4) any consumer who is coerced by Defendants' misrepresentations into providing their private and financial information.[1]

   10. In order to remedy the difficulties in serving Defendants, Citadel has also moved for Service by Special Order from the Court so that it may move to obtain either a preliminary injunction or default judgment against Defendants.

   WHEREFORE, Citadel respectfully requests this Court extend the Temporary Restraining Order currently in place through February 12, 2008 until and through February 26, 2008.

          Respectfully submitted,

          /s/ Ronald Y. Rothstein
          Ronald Y. Rothstein
          WINSTON & STRAWN LLP
          35 W. Wacker Dr.
          Chicago, IL 60601
          (312) 558-5600
          (312) 558-5700 (fax)
          rrothstein@winston.com

---

[1] Citadel counsel is working continuously with internet registrars to shut down Defendants' operation before further irreparable harm is suffered by Citadel or the public.  Although currently not operating, Defendants have continued to find ways to keep their website operational intermittently throughout the term of the temporary restraining order.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he caused a true and correct copy of the attached Plaintiff Citadel Investment Group L.L.C.'s Motion for Extension of Temporary Restraining Order to be served via messenger delivery this 8th day of February, 2008, on the following:

> William Yang , Mark Ma, Natacha Zhang,
> Individuals and Does 1-10
> "Citadel Investment Group"
> 444 North Michigan Avenue,
> 12th Floor, #386, PMB,
> Chicago, IL 60611

>                    By:    /s/ Ronald Y. Rothstein
>                           rrothstein@winston.com
>
>                           Winston & Strawn LLP
>                           Ronald Y. Rothstein
>                           Bryna J. Dahlin
>                           Andrea L. Niemeier
>                           35 W. Wacker Dr.
>                           Chicago, IL 60601
>                           (312)558-5600
>                           Attorneys for Plaintiff

4