# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Citadel Investment Group, L.L.C.
                              Plaintiff,

v.                                            Case No.: 1:08−cv−00584
                                              Honorable Elaine E. Bucklo

William Yang, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 11, 2008:

MINUTE entry before Judge Elaine E. Bucklo :Plaintiff's motion [21] for extension of TRO until 2/26/08 heard and the motion is granted.Status hearing set for 3/28/08 is reset for 3/11/08 09:30 AM. Enter Order regarding Service by Special Order. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.