## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **Citadel Investment Group, L.L.C.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08CV-584 |
| **William Yang, Mark Ma,** | ) | |
| **Natacha Zhang, individuals and** | ) | |
| **Does 1-10** | ) | |
| | ) | The Honorable Elaine E. Bucklo |
| | ) | |
| **Defendants.** | ) | |

## **ORDER**

This matter having come before the Court on Plaintiff Citadel Investment Group L.L.C.'s ("Citadel") Motion for Service by Special Order, and the Court having considered the merits of the Motion, the Court finds as follows:

1. On January 28, 2008, counsel for Citadel served the summons, complaint, motion for temporary restraining order, and notice of motion at the address listed as the "Worldwide Headquarters" of Defendants' operation, 444 North Michigan Avenue, 12th Floor, #386, PMB, Chicago, IL 60611. These documents were left with the receptionist at that address who indicated that she would put the documents in the mailbox for "Citadel."

2. On January 28, 2008, counsel for Citadel sent the complaint, motion for a temporary restraining order, memorandum in support of motion, summons, and notice of motion to the following electronic mail addresses as listed on Defendants' website: ceo@citadel-group.net; cfo@citadel-group.net; hk@citadel-group.net; NatachaZhang@citadel-group.net; williamy@citadel-group.net; info@citadel-group.ne.

3. The Court may order service upon individuals pursuant to the law of the State in which the District Court is located. Fed. R. Civ. P. 4(e)(1).

4. Under 735 ILCS 5/2-203.1, the Court may order service by special order to be made in any manner consistent with due process after a finding that service upon individual defendants is impractical under items (1) or (2) of subsection (a) of 735 ILCS 5/2-203.

5. This Court hereby grants Plaintiff's Motion for Service by Special Order. The Court finds that Citadel's service on Defendants William Yang, Mark Ma, Natacha Zhang, and individuals and Does 1-10, as described in Paragraphs 1 and 2 herein, are consistent with due process and, thus, finds that service has been effectuated pursuant to 735 ILCS 5/2-203.1.

It is therefore ORDERED that: Plaintiff Citadel has effectively served process of its Complaint and summons upon Defendants.

SO ORDERED, this _11_<sup>th</sup> day of February, 2008.

_____
The Honorable Elaine E. Bucklo
United States District Court Judge