FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Citadel Investment Group, L.L.C.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**William Yang, Mark Ma,** )<br>**Natacha Zhang, individuals and** )<br>**Does 1-10** )<br>)<br>)<br>)<br>**Defendants.** ) | Civil Action No. 08CV-584<br><br>The Honorable Elaine E. Bucklo |

**MOTION FOR ENTRY OF**
**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

NOW COMES Plaintiff, Citadel Investment Group, L.L.C. ("Citadel"), by its attorney, Ronald Y. Rothstein, and respectfully requests this court to enter a default judgment, pursuant to Rule 55 of the Federal Rules of Civil Procedure, against Defendant William Yang, Mark Ma, Natacha Zhang, individuals and Does 1-10 (hereinafter "Defaulting Defendants") and a permanent injunction against Defaulting Defendants in favor of Plaintiff.  In support of its Motion, Citadel states as follows:

1.  On January 25, 2007, Citadel caused this case to be filed against Defaulting Defendants.  (See Complaint, filed as Document 1).

2.  On February 8, 2008, the Court granted Citadel's Motion for Service by Special Order and signed Citadel's proposed order finding service had been effectuated pursuant to 735 ILCS 5/2-203.1 on February 11, 2008. (See Exhibit A, Court Order Granting Motion for Service by Special Order).

3.  On February 11, 2008, the Court sua sponte decided to grant Citadel a preliminary injunction and signed Citadel's Proposed Order for a Preliminary Injunction on

February 14, 2008.  (See Exhibit B, Court Order Granting Preliminary Injunction).  In open court on February 11, 2008, this Court also scheduled a status hearing for March 11, 2008.

4. Based on the service date of February 11, 2008, an appearance and answer were due to be filed by Defaulting Defendants on or before March 3, 2008.

5. As of this date, Defaulting Defendants have failed to appear, answer or otherwise plead and are therefore in default.

6. By virtue of the above default, the material factual allegations of the complaint filed herein have not been denied.  Accordingly, the Defaulting Defendants are liable for violations of the Lanham Act, 15 U.S.C. §§ 15 U.S.C. 1114(a); 1125(a) and (d), the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2, the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/2; common law trademark infringement; and common law principles of unfair competition.

7. As a result of the violations, Citadel has suffered, and will continue to suffer, irreparable harm.  Accordingly, Citadel seeks the entry of a permanent injunction against the Defaulting Defendants.

WHEREFORE, Plaintiff Citadel respectfully requests the entry of an order of default and a permanent injunction against Defaulting Defendants.

DATED:  March 6, 2008

Respectfully submitted,

/s/ Ronald Y. Rothstein
Ronald Y. Rothstein
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601

                                                         (312) 558-5600  
                                                         (312) 558-5700 (fax)  
                                                         rrothstein@winston.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that he caused a true and correct copy of the attached Plaintiff Citadel Investment Group L.L.C.'s Motion for Entry of Default Judgment and Permanent Injunction to be served via messenger delivery this 6th day of March, 2008, on the following:

> William Yang , Mark Ma, Natacha Zhang,
> Individuals and Does 1-10
> "Citadel Investment Group"
> 444 North Michigan Avenue,
> 12th Floor, #386, PMB,
> Chicago, IL 60611

By:  /s/ Ronald Y. Rothstein
rrothstein@winston.com

Winston & Strawn LLP
Ronald Y. Rothstein
Bryna J. Dahlin
Andrea L. Niemeier
35 W. Wacker Dr.
Chicago, IL 60601
(312)558-5600
Attorneys for Plaintiff