FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Citadel Investment Group, L.L.C.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 08CV-584 |
| **William Yang, Mark Ma,** ) | |
| **Natacha Zhang, individuals and** ) | |
| **Does 1-10** ) | |
| ) | The Honorable Elaine E. Bucklo |
| ) | |
| **Defendants.** ) | |

**MOTION FOR ENTRY OF**
**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

EXHIBIT A        Court Order Granting Motion for Service by Special Order

EXHIBIT B        Court Order Granting Preliminary Injunction

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Citadel Investment Group, L.L.C.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08CV-584 |
| **William Yang, Mark Ma,** | ) | |
| **Natacha Zhang, individuals and** | ) | |
| **Does 1-10** | ) | |
| | ) | The Honorable Elaine E. Bucklo |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter having come before the Court on Plaintiff Citadel Investment Group L.L.C.'s ("Citadel") Motion for Service by Special Order, and the Court having considered the merits of the Motion, the Court finds as follows:

1. On January 28, 2008, counsel for Citadel served the summons, complaint, motion for temporary restraining order, and notice of motion at the address listed as the "Worldwide Headquarters" of Defendants' operation, 444 North Michigan Avenue, 12th Floor, #386, PMB, Chicago, IL 60611. These documents were left with the receptionist at that address who indicated that she would put the documents in the mailbox for "Citadel."

2. On January 28, 2008, counsel for Citadel sent the complaint, motion for a temporary restraining order, memorandum in support of motion, summons, and notice of motion to the following electronic mail addresses as listed on Defendants' website: ceo@citadel-group.net; cfo@citadel-group.net; hk@citadel-group.net; NatachaZhang@citadel-group.net; williamy@citadel-group.net; info@citadel-group.ne.

3. The Court may order service upon individuals pursuant to the law of the State in which the District Court is located. Fed. R. Civ. P. 4(e)(1).

4. Under 735 ILCS 5/2-203.1, the Court may order service by special order to be made in any manner consistent with due process after a finding that service upon individual defendants is impractical under items (1) or (2) of subsection (a) of 735 ILCS 5/2-203.

5. This Court hereby grants Plaintiff's Motion for Service by Special Order. The Court finds that Citadel's service on Defendants William Yang, Mark Ma, Natacha Zhang, and individuals and Does 1-10, as described in Paragraphs 1 and 2 herein, are consistent with due process and, thus, finds that service has been effectuated pursuant to 735 ILCS 5/2-203.1.

It is therefore ORDERED that: Plaintiff Citadel has effectively served process of its Complaint and summons upon Defendants.

SO ORDERED, this _11_th day of February, 2008.

_____
The Honorable Elaine E. Bucklo
United States District Court Judge

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Citadel Investment Group, L.L.C.,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) Civil Action No. 08CV-584 |
| **William Yang, Mark Ma, Natacha Zhang, individuals and Does 1-10** | ) ) ) ) |
| | ) The Honorable Elaine E. Bucklo |
| **Defendants.** | ) ) |

## ORDER FOR PRELIMINARY INJUNCTION

This matter having come before the Court on Plaintiff Citadel Investment Group L.L.C.'s February 8, 2008 Motion for Temporary Restraining Order and Motion for Preliminary Injunction in open court on February 11, 2008, and the Court having considered the merits of the Motions, and for good cause shown and the reasons stated by the Court and on the record on February 11, 2008, the Court finds as follows:

1. Defendants William Yang, Mark Ma, Natacha Zhang, and individuals and Does 1-10 ("Defendants"), have registered the domain name www.citadel-group.net and are using that domain name for a website associated with Plaintiff Citadel Investment Group L.L.C.
2. Defendants' website displays infringe Plaintiff Citadel Investment Group L.L.C.'s federally registered trademark bearing the registration number 2,812,459.
3. Plaintiff's Complaint alleges its protectable rights in the federally registered trademark for the image CITADEL and corresponding design (Registration Number 2,812,459) as well as the domain name citadelgroup.com. Plaintiff has shown the necessary likelihood of success on the merits to entitle Plaintiff to a Preliminary Injunction. In addition, Plaintiff and the public will suffer from irreparable harm for which there is no adequate remedy at law if a Preliminary Injunction is not entered.
4. The Court having considered the balance of the harms to the parties, finds the potential harm to Plaintiff if a Preliminary Injunction is not entered is greater than the potential harm to Defendants if the Preliminary Injunction is entered.
It is therefore ORDERED that:

1) Defendants and their business partners, affiliates, parents, subsidiaries, officers, directors, employees, servants, representatives, agents, and attorneys, and all other person or entities acting in concert or participation with or on behalf of Defendants are hereby restrained from using any name or Internet domain name containing the name "Citadel", including but not limited to the name citadel-group.net.
2) Defendants shall not operate any website at a domain name containing the name "Citadel" and shall not use the existing website at citadel-group.net to redirect internet traffic to any non-infringing site.
3) Defendants shall be prohibited from selling or transferring to third parties, or changing the registrar for, any domain name containing the name "Citadel."
4) Defendants shall not use any name or operate any website that displays images associated with Plaintiff or names identical or similar to any trademark owned by Plaintiff, including but not limited to the trademark bearing the registration number 2,812,459.
5) The domain name www.citadel-group.net, and any content on that website, shall be immediately disabled and transferred to Plaintiff.

SO ORDERED, this 14th day of February, 2008.

_____
The Honorable Elaine E. Bucklo
United States District Court Judge