# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Citadel Investment Group, L.L.C.

> Plaintiff,

v.                                        Case No.: 1:08−cv−00584

Honorable Elaine E. Bucklo

William Yang, et al.

> Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

> MINUTE entry before Judge Elaine E. Bucklo :Plaintiff's motion for default judgment [25] and entry of permanent injunction [25] heard and the motion is granted. Accordingly, the court finds defendants in default and enter Order for Default judgment and Permanent Injunction against defendants as detailed in the order entered. Status hearing held on 3/11/2008; Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.