FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Citadel Investment Group, L.L.C.,**  ) | |
| ) | |
| **Plaintiff,**  ) | |
| ) | |
| v.  ) | |
| ) | Civil Action No. 08CV-584 |
| **William Yang, Mark Ma,**  ) | |
| **Natacha Zhang, individuals and**  ) | |
| **Does 1-10**  ) | |
| ) | |
| ) | The Honorable Elaine E. Bucklo |
| ) | |
| **Defendants.**  ) | |

**ORDER FOR**
**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

This matter having come before the Court on Plaintiff Citadel Investment Group L.L.C's ("Citadel") Motion for Entry of Default Judgment and Permanent Injunction, and the Court having considered the merits of the Motion, and for good cause shown, the Court finds as follows:

1.	On February 8, 2008, the Court granted Citadel's Motion for Service by Special Order and signed Citadel's proposed order on February 11, 2008, finding service had been effectuated as of that date.

2.	Based on the service date of February 11, 2008, an appearance and answer were due to be filed by Defendants William Yang, Mark Ma, Natacha Zhang, and individuals and Does 1-10 ("Defendants"), on or before March 3, 2008.

3.	As of this date, Defendants have failed to appear, answer or otherwise plead and are therefore in default.

4.	Defendants have registered the domain name www.citadel-group.net and are using that domain name for a website associated with Citadel.

5.	Defendants' website displays infringe Citadel's federally registered trademark bearing the registration number 2,812,459.

6.	Citadel's Complaint alleges its protectable rights in the federally registered trademark for the image CITADEL and corresponding design (Registration Number 2, 812, 459) as well as the domain name citadelgroup.com.  Citadel has shown success on the merits to entitle Citadel to a Permanent Injunction.  In addition, Citadel and the public will suffer irreparable harm for which there is no adequate remedy at law if a Permanent Injunction is not entered.

7.	The Court having considered the balance of the harms to the parties, finds the potential harm to Citadel if a Permanent Injunction is not entered greater than the potential harm to Defendants if the Permanent Injunction is entered.

It is therefore ORDERED that:

1. Defendants and their business partners, affiliates, parents, subsidiaries, officers, directors, employees, servants, representatives, agents, and attorneys, and all other persons or entities acting in concert or participation with or on behalf of Defendants are hereby permanently restrained from using any name or Internet domain name containing the name "Citadel", including but not limited to the name citadel-group.net.

2. Defendants shall not operate any website at a domain name containing the name "Citadel" and shall not use the existing website at citadel-group.net to redirect internet traffic to any non-infringing site.

3. Defendants shall be prohibited from selling or transferring to third parties, or changing the registrar for, any domain name containing the name "Citadel."

4. Defendants shall not use any name or operate any website that displays images associated with Citadel or names identical or similar to any trademark owned by Citadel, including but not limited to the trademark bearing the registration number 2,812,459.

5. The domain name www.citadel-group.net, and any content on that website, shall be immediately disabled and transferred to Citadel.

SO ORDERED, this 11th day of March, 2008.

_____
The Honorable Elaine E. Bucklo
United States District Court Judge