**EXHIBIT 1**

**FILED**

**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Citadel Investment Group, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| William Yang, Mark Ma, | ) |
| Natacha Zhang, individuals and | ) |
| Does 1-10 | ) |
| | ) |
| Defendants. | ) |

**08 C 584**

Civil Action No. _____ **JUDGE BUCKLO**
**MAGISTRATE JUDGE COLE**

The Honorable _____

## VERIFIED COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF

Citadel Investment Group, L.L.C. ("Citadel"), by its attorneys, complain of

William Yang, Mark Ma, Natacha Zhang, individuals, and Does 1-10 (collectively,

"Defendants") as follows:

### THE PARTIES

1.       This action arises from Defendants' illegal and unauthorized use of

Citadel's identity, infringement of Citadel's trademarks, and cybersquatting of the Citadel

trademarks through Defendants' registration and use of the domain name "citadel-group.net" and

Defendants' use of the Citadel name and images on its web site.

2.       Citadel is a Delaware limited liability company with its principal place of

business located at 131 South Dearborn Street, Chicago, IL 60603.  Citadel was founded in 1990

and, since then, it has grown into one of the world's largest and most sophisticated alternative

investment institutions.

3.       Citadel employs more than one thousand professionals world wide and has

offices in New York, Chicago, San Francisco, London, Bermuda, Hong Kong and Tokyo.  Its

investors include endowments, pension funds, foundations and other institutional investors, as well as high net worth individuals. Currently, Citadel manages over $17 billion in investment capital.

4.      William Yang, Mark Ma and Natacha Zhang are individuals. The worldwide headquarters of the infringing entity operating at citadel-group.net is listed as 444 North Michigan Avenue, 12th Floor, #386 PMB, Chicago, IL 60611. This is not an address associated with the legitimate Citadel Investment Group. William Yang also lists contact information on WHOIS as follows:

> Citadel Investment Group Inc.
> caoxibeilu 88hao shengaidasha 2406
> shanghai Shanghai 510000
> China
> Phone: 86 021 64380043
> Fax:    86 021 51062769
> Email:  Us_wp@msn.com

5.      Does 1-10 are any individuals or entities currently unknown to Plaintiff associated with the illegal venture complained of herein. Due to the high likelihood that the names listed on the web site and with the domain name registrar are fake, Plaintiff will seek to amend its complaint when the true identities of these individuals or responsible individuals or entities are learned.

## DOMAIN NAME REGISTRAR

6.      Xin Net Technology Corp. ("Xin Net") is a Chinese registrar company whose mailing address is: 1st Floor, 2nd Building Section A, BDA BeiGongD, Beijing, China 100176, CN. Xin Net will have the capability to deactivate the infringing web site and transfer the domain name to Citadel. Xin Net is a signatory to Uniform Domain Name Dispute Resolution Policy ("ICANN") and is obligated to comply with an order from a court of

competent jurisdiction to cancel or transfer a domain name. ICANN Dispute Resolution Policy §
3(b).

## NATURE OF ACTION AND JURISDICTION

7.      This is an action for trademark infringement, cybersquatting, and unfair

business practices in violation of: the Lanham Act, 15 U.S.C. §§ 15 U.S.C. 1114(a); 1125(a) and

(d); the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2; the

Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/2; common law trademark

infringement; and common law principles of unfair competition. The acts complained of have

occurred in this District and in interstate commerce. Jurisdiction is based upon 15 U.S.C. §

1121(a); 28 U.S.C. § 1331; 28 U.S.C. § 1338(a) & (b); and 28 U.S.C. § 1367(a). Venue is

proper in this district pursuant to 28 U.S.C. § 1391(a) and (d) because Defendants are located in

this judicial district or  located in China and may be sued in any district in the United States.

## THE CITADEL TRADEMARKS AND DOMAIN NAME

8.      Citadel owns a federally registered trademark for the image CITADEL

and corresponding design. See Exhibit A attached hereto. That trademark bears the registration

number 2,812,459.

9.      Citadel owns the domain name citadelgroup.com, which is the World

Wide Web location of its true and legitimate web address.

## THE DEFENDANTS' WRONGFUL ACTS

10.      Just days ago, Citadel became aware that Defendants had cloned an old

version of its web site to conduct business activity by fraudulently passing themselves off as

Citadel. Defendants are using the domain name **citadel-group.net**, Citadel trademarks and

cloned images on the World-Wide Web for unknown illegal purposes. Pages from Defendants'
web site are attached hereto as Exhibit B.

11.   In addition, the web site requests password information from visitors to
the web site. This activity exposes Citadel to a grave risk of theft of confidential information
from its customers, potential customers, employees and potential employees.

12.   The infringing web site has been altered to include email addresses of
false contacts and persons not associated with Citadel. The infringing web site also contains
Chinese language writing that has never appeared on Citadel's web site. Further, the infringing
web site invites potential investors and prospective employees to contact fake executives for
investing and employment information and opportunities.

13.   The web site citadel-group.net mirrors Citadel's actual site in layout and
design. See Exhibit B attached hereto; Compare Exhibit C attached hereto (images from
Citadel's actual site). Defendants are unmistakably using the domain name citadel-group.net,
Citadel trademarks and cloned web site for some unknown but illegal purpose.

14.   Defendants' unauthorized use of the domain name citadel-group.net,
Citadel trademarks and cloned web site are likely to cause confusion as to Defendants'
affiliation, connection, or association with Citadel, or as to the approval by Citadel of
Defendants' use for an illegal purpose. Such confusion is likely to result in visitors to the web
site providing Defendants with confidential investor information.

15.   Because Defendants have used the Citadel trademarks without
authorization, consumers are likely to believe that Citadel endorses or approves of whatever use
Defendants are making of such trademarks on the web site. As a result, Defendants are falsely

trading on the goodwill associated with the Citadel trademarks and effectuating harm to the goodwill that Citadel has worked to associate with its trademarks.

16.    Defendants' registration and use of the domain name citadel-group.net, Citadel trademarks and cloned web site are without Citadel's permission or consent. See Exhibit D, attached hereto (showing information on Defendants' registration of the citadel-group.net web site).

17.    Defendants are not licensed, and have never been licensed, by Citadel to use its trademarks.

18.    Defendants know or should know of the valuable reputation and goodwill associated with Citadel's trademarks. In fact, it is because of this goodwill that Defendants likely chose to make use of Citadel's trademarks to retrieve confidential information from visitors to the web site.

19.    Because of Defendants' knowledge of Citadel's trademarks, Defendants' use of these trademarks is willful. Such willful acts by Defendants have caused, and will continue to cause, irreparable injury to Citadel.

## COUNT I

## TRADEMARK INFRINGEMENT OF FEDERALLY REGISTERED TRADEMARK UNDER THE LANHAM ACT

20.    Citadel realleges the allegations of paragraphs 1 through 19 above as though fully set forth therein.

21.    Citadel owns a federally registered trademark for the image CITADEL and corresponding design. See Exhibit A attached hereto. That trademark bears the registration number 2,812,459.

22.    Defendants have marketed, displayed, and advertised the Citadel trademark on their web site.

23.    Defendants' actions are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Citadel, and are further likely to damage the reputation and goodwill previously established by Citadel in its trademark.

24.    The foregoing acts of Defendants constitute willful infringement of the Citadel's trademark in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114(a).

25.    Defendants' activities have caused, and will continue to cause, Citadel to suffer irreparable injury.

26.    Citadel has no adequate remedy at law.

## COUNT II

## TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION UNDER THE LANHAM ACT

27.    Citadel realleges the allegations of paragraphs 1 through 26 above as though fully set forth therein.

28.    Citadel owns the trademark CITADEL in various formats and designs. Defendants have marketed, displayed, and advertised Citadel trademarks on their web site.

29.    Defendants' actions are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Citadel, and are further likely to damage the reputation and goodwill previously established by Citadel in its trademark.

30.    The foregoing acts of Defendants constitute willful infringement of Citadel's trademarks in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

31.     Defendants' activities have caused, and will continue to cause, Citadel to suffer irreparable injury.

32.     Citadel has no adequate remedy at law.

## COUNT III

## CYBERSQUATTING

33.     Citadel realleges the allegations of paragraphs 1 through 32 above as though fully set forth herein.

34.     Defendants, with a bad faith intent to profit from Citadel's trademarks, have registered and used the citadel-group.net domain name and the Registration No. 2,812,459 trademark.

35.     The citadel-group.net domain name is identical or substantially similar to Citadel's true and legitimate domain name citadelgroup.com and Citadel's trademarks.

36.     The foregoing acts of Defendants constitute "cybersquatting" as that term is commonly used, in violation of 15 U.S.C. § 1125(d).

37.     Defendants' activities have caused, and will continue to cause, Citadel to suffer irreparable injury.

38.     Citadel has no adequate remedy at law.

## COUNT IV

## UNFAIR BUSINESS PRACTICES UNDER THE ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT

39.     Citadel realleges the allegations of paragraphs 1 through 38 above as though fully set forth herein.

40.     Defendants' knowing and intentional use of the domain name citadel-group.net, Citadel trademarks and cloned web site constitute an unfair method of competition, a

7

deceptive trade practice, and a misrepresentation of the source, origin, affiliation, or sponsorship
of these trademarks under the Illinois Consumer Fraud and Deceptive Trade Practices Act, 815
ILCS 505/2.

41.    Defendants' acts are fraudulent and are calculated to cause deception and
confusion, and Citadel has been and will continue to be damaged by Defendants' acts.

42.    Defendants' acts have caused and will continue to cause irreparable injury
to the public and Citadel's goodwill and business reputation.

## COUNT V

## UNFAIR BUSINESS PRACTICES UNDER UNIFORM DECEPTIVE TRADE PRACTICES ACT

43.    Citadel realleges the allegations of paragraphs 1 through 42 above as
though fully set forth herein.

44.    Defendants' activities set forth above have caused and will continue to
cause a likelihood of confusion or misunderstanding as to the sponsorship, approval, affiliation,
or connection of Defendants with Citadel. In addition, Defendants' activities have given rise and
will continue to give rise to the incorrect belief that Defendants have some connection with
Citadel, irreparably damaging Citadel's goodwill and reputation, in violation of the Illinois
Deceptive Trade Practices Act, 815 ILCS 510/2.

## PRAYERS FOR RELIEF

WHEREFORE, Citadel prays that judgment be entered in its favor and against
Defendants as follows:

1.    As to Counts I and II:

(a)    that Defendants be temporarily, preliminarily and permanently enjoined from using any of Citadel's trademarks in any manner likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Citadel.

(b)    that the Court award profits, damages, costs, and attorneys' fees to Citadel for Defendants' willful infringement of Citadel's trademarks, pursuant to Sections 34, 35, and 36 of the Lanham Act, 15 U.S.C. § 1051, *et. seq.*

2.    As to Count III:

(a)    that Defendants be temporarily, preliminarily and permanently enjoined from using the citadel-group.net or cloned web site images;

(b)    that the Court order the transfer of the citadel-group.net domain name from Defendants to Citadel, pursuant to 15 U.S.C. § 1125(d)(1)(C); and

(c)    that the Court award profits, damages, costs, and attorneys' fees to Citadel for Defendants' willful infringement of Citadel's trademarks, pursuant to Sections 34, 35, and 36 of the Lanham Act, 15 U.S.C. § 1051, *et seq.*

3.    As to Count IV:

(a)    that Defendants be temporarily, preliminarily and permanently enjoined from the use or employment of the deception, fraud, false pretense, misrepresentation, and concealment of the fact that they are

using the citadel-group.net domain name or cloned web site images without Citadel's consent; and

    (b)    that the Court award Citadel its actual economic damages and other relief as the Court deems proper, pursuant to 815 ILCS 505/10a.

4.    As to Count V:

    (a)    that Defendants be temporarily, preliminarily and permanently enjoined from using the citadel-group.net or trademarked language or images in any manner likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Citadel, pursuant to 815 ILCS 510/3; and

    (b)    that the Court award costs and attorneys' fees to Citadel pursuant to 815 ILCS 510/3, due to the intentional, bad faith and willful nature of Defendants' acts.

6.    That the Court award Citadel such other and further relief as it deems just and proper.

### **JURY DEMAND**

Citadel demands a jury on all issues so triable.

**Citadel Investment Group, L.L.C.**

By:    /s/ Ronald Y. Rothstein
rrothstein@winston.com

Winston & Strawn LLP
Ronald Y. Rothstein
Bryna J. Dahlin
Andrea L. Niemeier
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600
Attorneys for Plaintiff

<u>**VERIFICATION**</u>

Under penalties as provided by law, the undersigned, Shawn F. Fagan, Managing Director and Deputy General Counsel for Plaintiff Citadel Investment Group, L.L.C., being first duly sworn under oath, deposes and states that he has read the foregoing Verified Complaint for Injunctive and Other Relief, and on the basis of his personal knowledge, review of appropriate business records and discussions with relevant knowledgeable personnel, he believes the allegations contained therein.  This verification is made by deponent and not by Plaintiff because Plaintiff is a limited liability company and deponent is a duly authorized representative thereof.

_____

Shawn F. Fagan

Sworn to and subscribed before me this 25th day of January, 2008.

_____

Notary Public

My Commission Expires: __10/11/11__

```
OFFICIAL SEAL
BRENDA BERKOWITZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/11/11
```

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Citadel Investment Group, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08CV-584 |
| William Yang, Mark Ma, | ) | |
| Natacha Zhang, individuals and | ) | |
| Does 1-10 | ) | |
| | ) | The Honorable Elaine E. Bucklo |
| | ) | |
| Defendants. | ) | |

<u>**ORDER FOR PRELIMINARY INJUNCTION**</u>

This matter having come before the Court on Plaintiff Citadel Investment Group L.L.C.'s

February 8, 2008 Motion for Temporary Restraining Order and Motion for Preliminary

Injunction in open court on February 11, 2008, and the Court having considered the merits of the

Motions, and for good cause shown and the reasons stated by the Court and on the record on

February 11, 2008, the Court finds as follows:

1. Defendants William Yang, Mark Ma, Natacha Zhang, and individuals and Does 1-10 ("Defendants"), have registered the domain name www.citadel-group.net and are using that domain name for a website associated with Plaintiff Citadel Investment Group L.L.C.
2. Defendants' website displays infringe Plaintiff Citadel Investment Group L.L.C.'s federally registered trademark bearing the registration number 2,812,459.
3. Plaintiff's Complaint alleges its protectable rights in the federally registered trademark for the image CITADEL and corresponding design (Registration Number 2,812,459) as well as the domain name citadelgroup.com. Plaintiff has shown the necessary likelihood of success on the merits to entitle Plaintiff to a Preliminary Injunction. In addition, Plaintiff and the public will suffer from irreparable harm for which there is no adequate remedy at law if a Preliminary Injunction is not entered.
4. The Court having considered the balance of the harms to the parties, finds the potential harm to Plaintiff if a Preliminary Injunction is not entered is greater than the potential harm to Defendants if the Preliminary Injunction is entered.
   It is therefore ORDERED that:

1) Defendants and their business partners, affiliates, parents, subsidiaries, officers, directors, employees, servants, representatives, agents, and attorneys, and all other person or entities acting in concert or participation with or on behalf of Defendants are hereby restrained from using any name or Internet domain name containing the name "Citadel", including but not limited to the name citadel-group.net.

2) Defendants shall not operate any website at a domain name containing the name "Citadel" and shall not use the existing website at citadel-group.net to redirect internet traffic to any non-infringing site.

3) Defendants shall be prohibited from selling or transferring to third parties, or changing the registrar for, any domain name containing the name "Citadel."

4) Defendants shall not use any name or operate any website that displays images associated with Plaintiff or names identical or similar to any trademark owned by Plaintiff, including but not limited to the trademark bearing the registration number 2,812,459.

5) The domain name www.citadel-group.net, and any content on that website, shall be immediately disabled and transferred to Plaintiff.

SO ORDERED, this 14th day of February, 2008.

_Elaine E. Bucklo_

The Honorable Elaine E. Bucklo
United States District Court Judge

**EXHIBIT 3**

**FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Citadel Investment Group, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08CV-584 |
| William Yang, Mark Ma, | ) | |
| Natacha Zhang, individuals and | ) | |
| Does 1-10 | ) | |
| | ) | The Honorable Elaine E. Bucklo |
| | ) | |
| Defendants. | ) | |

**ORDER FOR
DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

This matter having come before the Court on Plaintiff Citadel Investment Group L.L.C's

("Citadel") Motion for Entry of Default Judgment and Permanent Injunction, and the Court

having considered the merits of the Motion, and for good cause shown, the Court finds as

follows:

1.     On February 8, 2008, the Court granted Citadel's Motion for Service by Special Order and signed Citadel's proposed order on February 11, 2008, finding service had been effectuated as of that date.

2.     Based on the service date of February 11, 2008, an appearance and answer were due to be filed by Defendants William Yang, Mark Ma, Natacha Zhang, and individuals and Does 1-10 ("Defendants"), on or before March 3, 2008.

3.     As of this date, Defendants have failed to appear, answer or otherwise plead and are therefore in default.

4.     Defendants have registered the domain name www.citadel-group.net and are using that domain name for a website associated with Citadel.

5.     Defendants' website displays infringe Citadel's federally registered trademark bearing the registration number 2,812,459.

6.     Citadel's Complaint alleges its protectable rights in the federally registered trademark for the image CITADEL and corresponding design (Registration Number 2, 812, 459) as well as the domain name citadelgroup.com. Citadel has shown success on the merits to entitle Citadel to a Permanent Injunction. In addition, Citadel and the public will suffer irreparable harm for which there is no adequate remedy at law if a Permanent Injunction is not entered.

7.     The Court having considered the balance of the harms to the parties, finds the potential harm to Citadel if a Permanent Injunction is not entered greater than the potential harm to Defendants if the Permanent Injunction is entered.

It is therefore ORDERED that:

1.      Defendants and their business partners, affiliates, parents, subsidiaries, officers, directors, employees, servants, representatives, agents, and attorneys, and all other persons or entities acting in concert or participation with or on behalf of Defendants are hereby permanently restrained from using any name or Internet domain name containing the name "Citadel", including but not limited to the name citadel-group.net.

2.      Defendants shall not operate any website at a domain name containing the name "Citadel" and shall not use the existing website at citadel-group.net to redirect internet traffic to any non-infringing site.

3.      Defendants shall be prohibited from selling or transferring to third parties, or changing the registrar for, any domain name containing the name "Citadel."

4.      Defendants shall not use any name or operate any website that displays images associated with Citadel or names identical or similar to any trademark owned by Citadel, including but not limited to the trademark bearing the registration number 2,812,459.

5.      The domain name www.citadel-group.net, and any content on that website, shall be immediately disabled and transferred to Citadel.

SO ORDERED, this 11th day of March, 2008.

*Elaine E. Bucklo*

The Honorable Elaine E. Bucklo
United States District Court Judge

**EXHIBIT 4**



Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

**IP Address LookUp**
Easy Search Reverse By IP Address Get
Name Phone Address & More !

**DNS Advisor Tool**
Implement DNS Best Practices with DNS
Advisor Tool from Cricket Liu.



**Whois:** citadel-fund.com        

Checking server [whois.crsnic.net]

Checking server [whois.35.com]
Results:
The Data in OnlineNIC's WHOIS database is provided by OnlineNIC
for information purposes, and to assist persons in obtaining
information about or related to a domain name registration record.
OnlineNIC does not guarantee its accuracy. By starting a WHOIS
query, you agree that you will use this Data only for lawful
purposes and that, under no circumstances will you use this Data
to:
(1)allow, enable, or otherwise support the transmission of mass
unsolicited,commercial advertising or solicitations via e-mail(spam).
(2)enable high volume,automated, electronic processes that apply
to OnlineNIC Inc.(or its systems).

OnlineNIC reserves the right to modify these terms at any time.
By starting this query, you agree to abide by this policy.


Registrant:
william us_wp@msn.com +86.2151877939
citadel investment group
444North Michigan Avenue 12# Floor Chicago il 60611
shanghai,IL,UNITED STATES 200021


Domain Name:citadel-fund.com
Record last updated at 2008-06-18 05:06:11
Record created on 2008/2/20
Record expired on 2009/2/20

Domain servers in listed order:
ns3.longbit.com ns4.longbit.com

Administrator:
william us_wp@msn.com +86.2151877939
citadel investment group
444North Michigan Avenue 12# Floor Chicago il 60611
shanghai,IL,UNITED STATES 200021

Technical Contactor:
yang us_wp@msn.com +86.2151877939
citadel investment group
444North Michigan Avenue 12# Floor Chicago il 60611
shanghai,IL,UNITED STATES 200021

Billing Contactor:
william us_wp@msn.com +86.2151877939
citadel
444North Michigan Avenue 12# Floor Chicago il 60611
shanghai,IL,UNITED STATES 200021

---

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.151.14.170) has visited 10 times today.

**IP Address LookUp**
Easy Search Reverse By IP Address Get Name
Phone Address & More !
People-Search.com/ReverseIP

**DNS Advisor Tool**
Implement DNS Best Practices with DNS
Advisor Tool from Cricket Liu.
www.Infoblox.com

**Fix DNS**
Free Download of Top PC Error Repair Tool.
100% Safe & Guaranteed
Windows-Error-Fixer.com

Ads by Google

Copyright Centergate® Research Group, LLC 1998 - 2007

**EXHIBIT 5**



Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

| **IP Address LookUp** | **DNS Advisor Tool** |
|---|---|
| Easy Search Reverse By IP Address Get Name Phone Address & More ! | Implement DNS Best Practices with DNS Advisor Tool from Cricket Liu. |



**Whois:** citadel-group.net    Whois >>

Checking server [whois.crsnic.net]

Checking server [whois.paycenter.com.cn]
Results:
The Data in Paycenter's WHOIS database is provided by Paycenter
for information purposes, and to assist persons in obtaining
information about or related to a domain name registration
record.
Paycenter does not guarantee its accuracy. By submitting
a WHOIS query, you agree that you will use this Data only
for lawful purposes and that, under no circumstances will
you use this Data to:
(1) allow, enable, or otherwise support the transmission
of mass unsolicited, commercial advertising or solicitations
via e-mail (spam); or
(2) enable high volume, automated, electronic processes that
apply to Paycenter or its systems.
Paycenter reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Domain Name:citadel-group.net


Registrant:
Citadel investment group Inc.
caoxibeilu 88hao shengaidasha 2406
510000


Administrative Contact:
william yang
Citadel investment group Inc.

caoxibeilu 88hao shengaidasha 2406
shanghai Shanghai 510000
China
tel: 86 021 64380043
fax: 86 021 51062769
Us_wp@msn.com

Technical Contact:
william yang
Citadel investment group Inc.
caoxibeilu 88hao shengaidasha 2406
shanghai Shanghai 510000
China
tel: 86 021 64380043
fax: 86 021 51062769
Us_wp@msn.com

Billing Contact:
william yang
Citadel investment group Inc.
caoxibeilu 88hao shengaidasha 2406
shanghai Shanghai 510000
China
tel: 86 021 64380043
fax: 86 021 51062769
Us_wp@msn.com

Registration Date: 2006-08-14
Update Date: 2006-08-14
Expiration Date: 2008-08-14

Primary DNS: ns.xinnetdns.com 210.51.170.66
Secondary DNS: ns.xinnet.cn 210.51.171.209

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.151.14.170) has visited 9 times today.

**IP Address LookUp**
Easy Search Reverse By IP Address Get Name
Phone Address & More !
People-Search.com/ReverseIP

**DNS Advisor Tool**
Implement DNS Best Practices with DNS
Advisor Tool from Cricket Liu.
www.Infoblox.com

**Fix DNS**
Free Download of Top PC Error Repair Tool.
100% Safe & Guaranteed
Windows-Error-Fixer.com

Ads by Google

*Copyright Centergate® Research Group, LLC 1998 - 2007*

**EXHIBIT 6**



Welcome to Citadel - Microsoft Internet Explorer provided by Greenberg Traurig

CITADEL

FEEDBACK   SITE MAP   中文版   ABOUT US

Company Overview | Current Partnerships

■ CURRENT INVESTORS     ■ CREDIT COUNTERPARTIES

Since its founding in 1990, Citadel has grown into one of the world's most sophisticated alternative investment institutions. Our team of professionals allocates investment capital across a highly diversified set of proprietary investment strategies in nearly every major asset class. Through a combination of world-class talent and the use of advanced technology to support them, we relentlessly seek to initiate and capitalize on change in the global financial markets with the goal of remaining at the forefront of the industry.

Chicago    New York    San Francisco    London    Tokyo    Hong Kong    Shanghai

CITADEL

Citadel Home | Company Overview | Career Home

FEEDBACK  SITE MAP  中文版  ABOUT US

- Terms of Use
- Ownership and Trademarks
- Linked Sites
- No Offers or Reliance
- Past Performance
- No Warranty; Limitation on Liability
- Equal Employment

## Ownership and Trademarks

"The Citadel Group" is the trade name for The Citadel Group Inc. and its affiliates (collectively, "Citadel"). The trademarks, logos and service marks shown on this site are registered trademarks of Citadel. Nothing on this site shall be interpreted as granting any license or right to use any image, trademark, logo or service mark on the site. Copying or downloading material from this site does not transfer title to any material on this site to you. Anything transmitted to this site by you becomes the Citadels property and may be used by us for any lawful purpose. Citadel reserves all rights with respect to copyright and trademark ownership of all material at this site, and will enforce such rights to the full extent of the law.





FEEDBACK  SITE MAP  中文版  ABOUT US

Citadel Home | Company Overview | Career Home | Current Partnerships

**CITADEL**

About Us
What Do We Do
Our Locations

## Our Locations

Chicago Our Worldwide Headquarters
444 North Michigan Avenue
12th Floor, #386 PMB
Chicago, IL 60611

**Contact us**
ceo@citadel-fund.com
cfo@citadel-fund.com
hk@citadel-fund.com
info@citadel-fund.com
Tel: +1 312 2835299
Fax: +1 312 2835005

**We also have offices in:**
Dallas, Los Angeles, San Francisco, London, Paris, Mumbai, Hong Kong, Shanghai, Tokyo

# EXHIBIT 7





## Our Executives

**Mark Ma**
**the Vice President of Asia-Pacific region**

Since joining our firm in 2005, Mr. Ma has been involved in both the Advisory and Private Equity Investment areas of the firm. Mr. Ma has advised many of the firm's important corporate clients on a variety of complex domestic and international merger & acquisition assignments. Among the transactions Mr. Ma has been involved in are the sale of NorthWestern Corporation to Babcock & Brown Infrastructure, Ltd.; the strategic and financial repositioning of Aquila, Inc., including Aquila's sale of several gas and power utilities to WPS Resources, Empire District, and Mid-Kansas Electric Co.; the sale of Cross Country Energy to a joint venture of Southern Union Company and GE; Northern States Power Company's merger with New Century Energies, Inc. to form Xcel Energy; the sale of LG&E Energy Corp. to PowerGen plc; the restructuring of Baron Philippe de Rothschild S.A.'s Opus One luxury wine joint venture with Constellation Brands; US Airways Group's acquisition of the US Air Shuttle; Sanofi's acquisition of Sterling Winthrop Pharmaceuticals; and several of PepsiCo's joint ventures in Latin and South America.

Before joining our firm, Mr. Ma was a member of the Mergers & Acquisitions and Merchant Banking Departments of Salomon Brothers Inc.



About Citadel - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back  ·  Search   Favorites

Address   http://www.citadel-group.net/careers/aboutcitadel/new_hire_06.htm

CITADEL

- CAREER HOME
- ABOUT CITADEL
- CAREER OPPORTUNITIES
- TRAINING
- COLLEGE RECRUITING
- HOW TO APPLY

Citadel Home | Feedback | Site Map | @2005

NEW HIRE PROFILE    A DAY IN THE LIFE

**New Hire Profile**

Yevgeny
University of Illinois at Urbana - Champaign 2005
B.S. in Finance and Accounting
Operations

*itadel is on the cutting edge of product and technological innovation and always strives for efficiency. This constant push creates new roles and requires intellectual growth. Joining Citadel has afforded me the opportunity to chart my own path and to be able to reap the benefits from the guidance of world-class colleagues, mentors, and peers.?*

I learned about Citadel through a friend who urged me to attend a presentation that was being held at a Finance Club meeting on campus. The global and dynamic firm has a reputation for employing highly intelligent and creative individuals. I was hired by Citadel in 2004 for a summer internship and worked there again during the winter break prior to graduation.

Before deciding to join Citadel, I interviewed with investment banks, manufacturing, and consulting firms. Citadel offered me the unique opportunity for entrepreneurial assignments and could provide an outlet to make meaningful contributions to its business model.

In my role as an Operations Associate in Global Clearing and Settlements, I manage processing of the firm's financing agreements. My responsibilities also include investigating and rectifying any discrepancies between Citadel and our custodians' data as well as serving as a back up for the firm's securities lending operations processing and settlement activity. My current role has exceeded my expectations, and I am constantly provided the opportunity to contribute to the



**How to Apply**

We welcome electronic applications via your university career services office. Please click here to see the list of campuses that Citadel visits for on-campus recruiting. They will have information regarding Citadel events and recruiting dates on your campus. If we do not recruit on campus at your university, please send the following information to Citadel's College Recruiting team.

- Resume/Curriculum Vitae (CV) indicating cumulative and major GPAs
- Standardized test scores (SAT/ACT or equivalent)

Please address your correspondence to:

College Recruiting
Citadel Investment Group, L.L.C.
131 South Dearborn Street
Chicago, IL 60603
USA

**Undergraduate, Masters and Ph.D. Candidates:**
NatachaZhang@citadel-group.net

**MBA Candidates:**
williamv@citadel-group.net

**Experienced Hire Candidates:**
info@citadel-group.net

*Citadel Investment Group, L.L.C. does not accept unsolicited resumes from search firms or employment*

Case 1:08-cv-00584    Document 32-2    Filed 06/30/2008    Page 36 of 40
Case 1:08-cv-00584    Document 8    Filed 01/25/2008    Page 10 of 22
About Citadel                                               Page 1 of 1



CITADEL

- CAREER HOME
- **ABOUT CITADEL**
- CAREER OPPORTUNITIES
- TRAINING
- COLLEGE RECRUITING
- HOW TO APPLY

## Our Locations

**Chicago Our Worldwide Headquarters**
444 North Michigan Avenue
12th Floor, #386 PMB
Chicago, IL 60611

**Contact us:**
ceo@citadel-group.net
cfo@citadel-group.net
hk@citadel-group.net
Tel: +1312 2835299
Fax: +1312 2835005

We also have offices in:

**New York   San Francisco   London   Tokyo   Hong Kong   Shanghai**

Case 1:08-cv-00584    Document 32-2    Filed 06/30/2008    Page 37 of 40
Case 1:08-cv-00584    Document 8    Filed 01/25/2008    Page 11 of 22
About Citadel                                                    Page 1 of 1

**CITADEL**

- 走進時代
- 時代優勢
- 時代業務
- 時代主要業務
- 聯繫方式

## 聯繫方式

**美國時代投資集團**

郵箱： **info@citadel-group.net**

電話： +86 21 51877939

傳真： +86 21 63906621

上海市淮海中路283号香港广场南坐2004室

邮编200021

**EXHIBIT 8**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Citadel Investment Group, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08CV-584 |
| | ) | |
| v. | ) | |
| | ) | |
| William Yang, Mark Ma, Natacha Zhang, | ) | Honorable Elaine E. Bucklo |
| individuals and Does 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter having come before the Court on Plaintiff Citadel Investment Group, L.L.C.'s Motion to Enforce Permanent Injunction, the Court having fully considered the merits of Plaintiff's Motion, and for good cause shown, the Court finds as follows:

1.    Defendants William Yang, Mark Ma, Natacha Zhang, and Does 1-10 are in contempt of the permanent injunction, Docket No. 28, entered by this Court on March 11, 2008 by:

      a.    failing to transfer the domain name <citadel-group.net> to Plaintiff;

      b.    registering the domain name <citadel-fund.com>; and

      c.    operating the website associated with <citadel-fund.com>, which wholly incorporates Plaintiff's federally protected trademarks and designs.

2.    Defendants aforementioned conduct exhibits an intentional disregard of this Court's orders.

3.    As a result of the Defendants intentional disregard of this Court's orders, further action by this Court is necessary to enforce the permanent injunction, Docket No. 28, entered by this Court on March 11, 2008.

It is therefore ORDERED that:

      a.    VeriSign, Inc. shall change the <citadel-group.net> and <citadel-fund.com> domain names from their respective registrars of record to a registrar of Citadel's selection ("Citadel's Registrar");

b.    Citadel's Registrar shall register the <citadel-group.net> and <citadel-fund.com> domain names in the name of Citadel Investment Group, L.L.C.; and

c.    The registrar of any future domain name registered by Defendants that violates any term of the Permanent Injunction shall be immediately changed by whichever top-level domain name registry in which the domain name is located to Citadel's Registrar which shall subsequently register the domain name in the name of Citadel Investment Group, L.L.C.

Dated: July ___, 2008

_____
Honorable Elaine E. Bucklo
United States District Court Judge