IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Citadel Investment Group, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08CV-584 |
| | ) | |
| v. | ) | |
| | ) | |
| William Yang, Mark Ma, Natacha Zhang, individuals, and Does 1-10, | ) ) | Honorable Elaine E. Bucklo |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: William Yang, Mark Ma, Natacha Zhang, Does 1-10
"Citadel Investment Group"
444 North Michigan Avenue
12th Floor, #386 PMB
Chicago, Illinois 60611

ceo@citadel-group.net    ceo@citadel-fund.com
cfo@citadel-group.net    cfo@citadel-fund.com
hk@citadel-group.net     hk@citadel-fund.com

**PLEASE TAKE NOTICE** that on Thursday, July 3, 2008, at 9:30 a.m., the undersigned shall appear before the Honorable Judge Elaine E. Bucklo in Courtroom 1441 at the Everett McKinley Dirksen Building, located at 219 South Dearborn, Chicago, Illinois 60604, and shall then and there present Plaintiff Citadel Investment Group L.L.C.'s **MOTION TO ENFORCE PERMANENT INJUNCTION**, a copy of which is hereby served upon you.

Dated: June 30, 2008                              By: /s/ Jason B. Elster
                                                      One of Its Attorneys

Daniel D. Rubinstein (ARDC #: 6291249)
Paul D. McGrady, Jr. (ARDC #: 6239525)
Jason B. Elster (ARDC #: 6289434)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Tel: 312-456-8400
Fax: 312-456-8435

# CERTIFICATE OF SERVICE

    I, Jason B. Elster, an attorney, hereby certify that I served a true and correct copy of the **MOTION TO ENFORCE PERMANENT INJUNCTION** and **NOTICE OF MOTION**, on this 30th day of June 2008 upon:

William Yang, Mark Ma, Natacha Zhang, Does 1-10
"Citadel Investment Group"
444 North Michigan Avenue
12th Floor, #386 PMB
Chicago, Illinois 60611

Via first-class U.S. Mail, postage pre-paid, and upon:

| | |
|---|---|
| ceo@citadel-group.net | ceo@citadel-fund.com |
| cfo@citadel-group.net | cfo@citadel-fund.com |
| hk@citadel-group.net | hk@citadel-fund.com |

Via electronic mail.

                                              /s/ Jason B. Elster
                                              Jason B. Elster