IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Citadel Investment Group, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08CV-584 |
| | ) | |
| v. | ) | |
| | ) | |
| William Yang, Mark Ma, Natacha Zhang, individuals and Does 1-10, | ) ) ) | Honorable Elaine E. Bucklo |
| | ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER

This matter having come before the Court on Plaintiff Citadel Investment Group, L.L.C.'s Motion to Enforce Permanent Injunction, the Court having fully considered the merits of Plaintiff's Motion, and for good cause shown, the Court finds as follows:

1.  Defendants William Yang, Mark Ma, Natacha Zhang, and Does 1-10 are in contempt of the permanent injunction, Docket No. 28, entered by this Court on March 11, 2008 by:

    a.  failing to transfer the domain name <citadel-group.net> to Plaintiff;

    b.  registering the domain name <citadel-fund.com>; and

    c.  operating the website associated with <citadel-fund.com>, which wholly incorporates Plaintiff's federally protected trademarks and designs.

2.  Defendants aforementioned conduct exhibits an intentional disregard of this Court's orders.

3.  As a result of the Defendants intentional disregard of this Court's orders, further action by this Court is necessary to enforce the permanent injunction, Docket No. 28, entered by this Court on March 11, 2008.

It is therefore ORDERED that:

    a.  VeriSign, Inc. shall change the <citadel-group.net> and <citadel-fund.com> domain names from their respective registrars of record to a registrar of Citadel's selection ("Citadel's Registrar");

b. Citadel's Registrar shall register the <citadel-group.net> and <citadel-fund.com> domain names in the name of Citadel Investment Group, L.L.C.; and

c. The registrar of any future domain name registered by Defendants that violates any term of the Permanent Injunction shall be immediately changed by whichever top-level domain name registry in which the domain name is located to Citadel's Registrar which shall subsequently register the domain name in the name of Citadel Investment Group, L.L.C.

Dated: July 3, 2008

_____
Honorable Elaine E. Bucklo
United States District Court Judge