**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Citadel Investment, LLC | COURT CASE NUMBER: 08-CV-584 |
| DEFENDANT: William Yang, Mark Ma, Natacha Zhang | TYPE OF PROCESS: Seizure order |

SERVE: NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ William Yang, Mark Ma, Natacha Zhang

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 444 N. Michigan, Ste 1200, Chicago, IL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dan Rubinstein
Greenberg Traurig, LLP
77 West Wacker Drive, Ste 2500
Chicago, IL 60601

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 6
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please Contact Dan Rubinstein to coordinate timing of Seizure.

FILED
J.N
SEP X 2 2008
Sep X2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Cameron M. Nelson
TELEPHONE NUMBER: 312-476-5058
DATE: 8/8/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 24
District to Serve No.: 24
Signature of Authorized USMS Deputy or Clerk: TD
Date: 08-11-08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Ashley Kozar - Receptionist

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Chicago City office
Parking Garage

Date of Service: 8/14/08
Time: 1:00 pm
Signature of U.S. Marshal or Deputy: James V. DeVito

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 192.00 | 2.43 | 29.00 | 223.43 | 250.00 | 0 | 26.57 |

REMARKS:
4 hrs 1 DUSM
5 miles
$29.00 Parking Garage

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)